PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Avi Hadef                                                          Cr.: 05-00415-001

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 09/07/05

Original Offense: Bank Fraud in violation of 18 U.S.C. § 1344

Original Sentence: 5 years

Type of Supervision: Probation                               Date Supervision Commenced: 09/07/05

### PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

### CAUSE

Per the Judgment of Conviction Order, the offender was ordered to submit monthly restitution payments of no less than $500. Due to his inability to pay this amount each month, we respectfully recommend that his monthly amount be lowered to no less than $250.

Respectfully submitted,
By: Elizabeth Villa
U.S. Probation Officer
Date: 12/18/07

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/27/07
Date