PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Avi Hadef                                         Cr.: 05-00415-001
                                                                    PACTS Number: 37841

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 09-07-05

Original Offense: Bank Fraud

Original Sentence: 5 years probation

Type of Supervision: Probation                      Date Supervision Commenced: 09-07-05

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 100 hours of community service work over a period of 12 months or less. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office. This community service work shall be in addition to the 30 days of community service work imposed by the Ridgefield Municipal Court.

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

Hadef was convicted of Driving Under the Influence in Ridgefield Municipal Court. He was sentenced to two years loss of driver's license, 30 days community service, and two days SLAP program.

Respectfully submitted,

By: Kevin M. Villa
    U.S. Probation Officer
Date: 05-07-09

PROB 12B - Page 2
Avi Hadef

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/18/09
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 100 hours of community service work over a period of 12 months or less. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office. This community service work shall run consecutive to the 30 days of community service work imposed by the Ridgefield Municipal Court.

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

Witness: _____
U.S. Probation Officer
Kevin M. Villa

Signed: _____
Probationer
Avi Hadef

5/7/09
DATE